# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FORTINO HERRERA-ORTEGA,** | 1:14-CR-00014-LJO-SKO |
| Petitioner, | **ORDER ON 28 U.S.C. § 2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE** (Doc. 15) |
| v. | |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | |

## I. INTRODUCTION

Fortino Herrera-Ortega ("Petitioner"), a prisoner in federal custody, is proceeding pro se with a 28 U.S.C. § 2255 ("§ 2255") motion to vacate, set aside, or correct his sentence. For the reasons discussed below, this Court DISMISES Petitioner's motion without prejudice.

## II. ANALYSIS

After pleading guilty on March 10, 2014 to violating 8 U.S.C. § 1326(a), being a deported alien found in the United States, Petitioner was sentenced to twenty-seven months in federal custody. Doc. 11 and Doc. 12 at 1-2. Proceeding pro se, Petitioner filed a notice of appeal with the Ninth Circuit on September 9, 2014. Doc. 13. Subsequently, Petitioner filed this § 2255 motion on September 12, 2014. Doc. 15.

The Court does not address the merits of Petitioner's § 2255 motion because it does not currently have jurisdiction over the matter. Federal prisoners are required to exhaust their federal appellate review

prior to bringing a petition for a writ of habeas corpus in federal court. *Feldman v. Henman*, 815 F.2d 1318, 1321 (9th Cir. 1987); *United States v. Deeb*, 944 F.2d 545, 548 (9th Cir. 1991); Rule 5, Rules Governing Section 2255 Proceedings for the United States District Courts, advisory committee's note (quoting *Womack v. United States*, 395 F.2d 630, 631 (D.C. Cir. 1968)). Therefore, a district court should not entertain a habeas corpus petition while there is an appeal pending before a higher court. *Id.* at 1320. "The reason for this rule is that disposition of the appeal may render the habeas corpus writ unnecessary." *Id*. (internal citations and quotation marks omitted).  Petitioner's case is currently pending before the Ninth Circuit. Doc. 13. As such, Petitioner's § 2255 motion cannot be adjudicated on the merits. Dismissal of Petitioner's motion at this time will not preclude Petitioner from filing a § 2255 motion in the future. *Slack v. McDaniel*, 529 U.S. 473, 485-86 (2000).

As this is a well settled matter of law, the Court finds that reasonable jurists would not find the Court's assessment of Petitioner's claims debatable or wrong. *Slack*, 529 U.S. at 483. Accordingly, the Court declines to issue a certificate of appealability.

### III. CONCLUSION AND ORDER

For the reason discussed above, the Court:

1. DISMISSES WITHOUT PREJUDICE  Petitioner's § 2255 motion to vacate, set aside, or correct sentence, as premature (Doc. 15) and

2. DECLINES to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:   **September 23, 2014**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE